UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CAROL ROGERS,**

      Plaintiff,                                       **CASE NO.:8:19-cv-02385-CEH-AEP**

v.

**BARCLAYS BANK DELAWARE**
**d/b/a JUNIPER BANK,**

      Defendant.
_____/

**STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**COME NOW**, Plaintiff, **CAROL ROGERS**, and Defendant(s), **BARCLAYS BANK DELAWARE** ("Defendant"), by and through the undersigned counsel, and hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and agree that Plaintiff's claims against Defendant should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this **November 13, 2020**,

| | |
|---|---|
| **LAW OFFICE OF MICHAEL A. ZIEGLER, P.L.: DEBT FIGHTERS** | **CARLTON FIELDS, P.A** |
| */s/ Kaelyn Diamond* | */s/Samantha M. Culp* |
| Kaelyn Diamond, Esq. | Samantha M. Culp, Esq. |
| Florida Bar No. 125132 | Florida Bar No. 106326 |
| kaelyn@attorneydebtfighters.com | sculp@carltonfields.com |
| 2561 Nursery Road, Suite A | P.O. Box 3239 |
| Clearwater, FL 33764 | Tampa, FL  33601-3239 |
| (p) (727) 538-4188 | (P)  (813) 223-7000 |
| (f) (727) 362-4778 | (F)  (813) 229-4133 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

124086596.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **13**day of **November, 2020**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kaelyn Diamond*
*Kaelyn Diamond, Esq.*
Florida Bar No. 125132

124086596.1